**Eric Clark WHEELER, Petitioner–Appellant,**

v.

**D.R. HILL, Warden, Respondent–Appellee.**

No. 99–17230.

D.C. No. CV–95–1832 LKK.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 10, 2001.

Decided Jan. 19, 2001.

Before GRABER, GOODWIN, and PAEZ, Circuit Judges.

### MEMORANDUM[1]

Eric Clark Wheeler appeals the district court's order denying his petition for a writ of habeas corpus under 28 U.S.C. § 2254. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo a district court's denial of a 28 U.S.C. § 2254

---

1. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

petition, *Smith v. Stewart,* 140 F.3d 1263, 1267 (9th Cir.1998), and we affirm for the reasons stated in the magistrate judge's Findings and Recommendations, which were adopted by the district court in an order entered on August 3, 1999.

AFFIRMED.

